UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC GRIFFIN,    Plaintiff, v. GLORIA M. NAVARRO, et al.,    Defendant. | 2:10-CV-02141-PMP-GWF **ORDER** |

On March 24, 2011, the Honorable George W. Foley, United States Magistrate Judge, entered a Report and Recommendation (Doc. #8) recommending that Plaintiff's Complaint (#1) be dismissed with prejudice.

On April 6, 2011, Plaintiff filed an Notice of Appeal of Order and Finding and Recommendations Filed on March, 24, 2011(Doc. #10).

The Court having conducted a *de novo* review of these proceedings, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Objections (Doc. #10) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Contempt Hearing (Doc. #7) is **DENIED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation of the Honorable George W. Foley, United States Magistrate Judge (Doc. #8) is hereby **AFFIRMED**.

/ / /

1 **IT IS FURTHER ORDERED that** Plaintiff's Complaint (Doc. #1) is hereby
2 **DISMISSED** with prejudice.
3 DATED: April 7, 2011.

*[signature]*

PHILIP M. PRO
United States District Judge